# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE M. GUNTER,<br><br>            Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>            Defendant. | Case No. CV 16-07527-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 21, 2017.

                                        /s/
                                    ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE